Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

\*\*E-Filed 8/4/2011\*\*

Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
**ANDERSEN, ROSCHA & ODNE, LLP**
1320 Willow Pass Road, Ste. 500
Concord, CA 94520
 Tel: (925) 602-1400
Fax: (925) 825-0143
nroscha@aro-law.com
codne@aro-law.com
**Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le,**
**and Lighthouse Cafe, Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DUY TRONG NGUYEN, et al.,**<br><br>**Defendants.** | **CASE NO.  5:11-CV-1157-JF**<br><br>**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**<br><br>**FOR:   HON. JEREMY FOGEL** |

**TO THE HONORABLE JEREMY FOGEL:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy

Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe &

Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a

Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

Court continue the Case Management Conference presently set for August 5, 2011 at 10:30 AM.

The request for the brief continuance is necessitated by the fact that counsel for the Parties have been engaged in settlement discussions and request additional time to conclude same.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for August 5, 2011 at 10:30 AM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully Submitted,

Dated: July 28, 2011          */s/ Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY**
                              By: Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J Sports Productions, Inc.

Dated: July 28, 2011          */s/ Christopher N. Odne*
                              **ANDERSEN, ROSCHA & ODNE, LLP**
                              By: Christopher N. Odne
                              Attorneys for Defendants
                              Duy Trong Nguyen, Au Thi Le, and
                              Lighthouse Cafe, Inc.

///
///
///
///
///
///
///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER** ~~(Proposed)~~

It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-01157-JF styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from 10:30 AM, August 5, 2011 to ~~September 23, 2011, at 10:30 a.m.~~ .

**IT IS SO ORDERED**:

_____
**The Honorable Jeremy Fogel
United States District Court
Northern District of California**

Dated: 8/4/2011
_____

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**<u>PROOF OF SERVICE (SERVICE BY E-MAIL)</u>**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 28, 2011, I served:

**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by electronic mailing same to the Defendants' counsel at the following email address(es):

Nicholas Roscha, Esquire          Attorneys for Defendants
Christopher N. Odne, Esquire       Duy Trong Nguyen, Au Thi Le, and
**ANDERSEN, ROSCHA & ODNE, LLP**    Lighthouse Cafe, Inc.
1320 Willow Pass Road, Ste. 500
Concord, CA 94520
Email:  nroscha@aro-law.com
         codne@aro-law.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 28, 2011, at South Pasadena, California.

Dated: July 28, 2011          */s/ Maria Baird*
                                **MARIA BAIRD**