1
Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**

**E-Filed 9/16/2011**

2
First Library Square
1114 Fremont Avenue

3
South Pasadena, CA 91030-3227
Tel:  626-799-9797

4
Fax:  626-799-9795
TPRLAW@att.net

5
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

6

7
Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175

8
**ANDERSEN, ROSCHA & ODNE, LLP**
1320 Willow Pass Road, Ste. 500

9
Concord, CA 94520
 Tel: (925) 602-1400

10
Fax: (925) 825-0143

11
nroscha@aro-law.com
codne@aro-law.com

12
**Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le,**

13
**and Lighthouse Cafe, Inc.**

14

15
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

16

17
**J & J SPORTS PRODUCTIONS, INC.,**

**CASE NO.  5:11-CV-1157-JF**

18
**Plaintiff,**

19
**v.**

**SECOND STIPULATION FOR AN
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE; AND
ORDER (Proposed)- AS MODIFIED BY
THE COURT**

20

21
**DUY TRONG NGUYEN, et al.,**

22
**Defendants.**

**FOR:  HON. JEREMY FOGEL**

23

24
**TO THE HONORABLE JEREMY FOGEL:**

25
By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy

26
Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe &

27
Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a

28
Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

1   Court continue the Case Management Conference presently set for September 23, 2011 at 10:30 AM.

2       The request for the brief continuance is necessitated by the fact that counsel for the Parties have

3   been engaged in settlement discussions and request additional time to conclude same.

4       **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED

5   BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for

6   September 23, 2011 at 10:30 AM to a new date approximately Thirty (30) to Forty-Five (45) days

7   forward.

8

9

10                                          Respectfully Submitted,

11

12

13
    Dated: September 14, 2011          _/s/ Thomas P. Riley_____
14                                     **LAW OFFICES OF THOMAS P. RILEY**
                                       By: Thomas P. Riley
15                                     Attorneys for Plaintiff
                                       J & J Sports Productions, Inc.
16

17

18

19  Dated: September 14, 2011          _____

20                                     **ANDERSEN, ROSCHA & ODNE, LLP**
                                       By: Nicholas Roscha
21                                     Attorneys for Defendants
                                       Duy Trong Nguyen, Au Thi Le, and
22                                     Lighthouse Cafe, Inc.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

<u>ORDER</u> (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-01157-JF styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby ~~continued from 10:30 AM, September 23, 2011 to~~ VACATED pending reassignment of this case to another district judge.

IT IS SO ORDERED:


Dated: 9/16/2011

_____
**The Honorable Jeremy Fogel**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 14, 2011, I served:

**SECOND STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed**)

On all parties in said cause by electronic mailing same to the Defendants' counsel at the following email address(es):

| | |
|---|---|
| Nicholas Roscha, Esquire | Attorneys for Defendants |
| Christopher N. Odne, Esquire | Duy Trong Nguyen, Au Thi Le, and |
| **ANDERSEN, ROSCHA & ODNE, LLP** | Lighthouse Cafe, Inc. |
| 1320 Willow Pass Road, Ste. 500 | |
| Concord, CA 94520 | |
| Email:  nroscha@aro-law.com | |
|         codne@aro-law.com | |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 14, 2011, at South Pasadena, California.

Dated: September 14, 2011        */s/ Maria Baird*_____
                                            **MARIA BAIRD**