**E-Filed 9/16/2011**

1 | Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
2 | First Library Square
1114 Fremont Avenue
3 | South Pasadena, CA 91030-3227
Tel: 626-799-9797
4 | Fax: 626-799-9795
TPRLAW@att.net
5 | **Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**
6 |
7 | Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
8 | **ANDERSEN, ROSCHA & ODNE, LLP**
1320 Willow Pass Road, Ste. 500
9 | Concord, CA 94520
Tel: (925) 602-1400
10 | Fax: (925) 825-0143
11 | nroscha@aro-law.com
codne@aro-law.com
12 | **Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le,**
13 | **and Lighthouse Cafe, Inc.**

14 |
### UNITED STATES DISTRICT COURT
15 | ### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
16 |

17 | **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO.  5:11-CV-1157-JF**

18 | **Plaintiff,**

19 | v. | **SECOND STIPULATION FOR AN**
**ORDER CONTINUING CASE**
20 | | **MANAGEMENT CONFERENCE; AND**
**ORDER (Proposed)- AS MODIFIED BY**
21 | **DUY TRONG NGUYEN, et al.,** | **THE COURT**

22 | **Defendants.** | **FOR:  HON. JEREMY FOGEL**

23 |

24 | **TO THE HONORABLE JEREMY FOGEL:**

25 | By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy

26 | Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe &

27 | Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a

28 | Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

Court continue the Case Management Conference presently set for September 23, 2011 at 10:30 AM.

The request for the brief continuance is necessitated by the fact that counsel for the Parties have been engaged in settlement discussions and request additional time to conclude same.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for September 23, 2011 at 10:30 AM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully Submitted,

Dated: September 14, 2011       */s/ Thomas P. Riley*
                                       **LAW OFFICES OF THOMAS P. RILEY**
                                       By: Thomas P. Riley
                                       Attorneys for Plaintiff
                                       J & J Sports Productions, Inc.

Dated: September 14, 2011       _____
                                       **ANDERSEN, ROSCHA & ODNE, LLP**
                                       By: Nicholas Roscha
                                       Attorneys for Defendants
                                       Duy Trong Nguyen, Au Thi Le, and
                                       Lighthouse Cafe, Inc.

///
///
///
///
///
///

1

<u>ORDER</u> ~~(Proposed)~~

2       It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-

3    01157-JF styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby ~~continued from~~

4    ~~10:30 AM, September 23, 2011 to~~ VACATED pending reassignment of this case to another

5    district judge.

6

7

8    **IT IS SO ORDERED**:

9

10

11    _____          Dated:____9/16/2011_____

12    **The Honorable Jeremy Fogel**
      **United States District Court**
13    **Northern District of California**

14    ///
15    ///
16    ///
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

## PROOF OF SERVICE (SERVICE BY E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 14, 2011, I served:

**SECOND STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by electronic mailing same to the Defendants' counsel at the following email address(es):

Nicholas Roscha, Esquire                    Attorneys for Defendants
Christopher N. Odne, Esquire              Duy Trong Nguyen, Au Thi Le, and
**ANDERSEN, ROSCHA & ODNE, LLP**    Lighthouse Cafe, Inc.
1320 Willow Pass Road, Ste. 500
Concord, CA 94520
Email:  nroscha@aro-law.com
              codne@aro-law.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 14, 2011, at South Pasadena, California.

Dated: September 14, 2011                    */s/ Maria Baird*_____
                                                              **MARIA BAIRD**