Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
**ROSCHA & ODNE LLP**
1320 Willow Pass Road, Ste. 500
Concord, CA 94520
 Tel: (925) 602-1400
Fax: (925) 825-0143
nroscha@aro-law.com
codne@aro-law.com
**Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le,**
**and Lighthouse Cafe, Inc.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| J & J SPORTS PRODUCTIONS, INC., | CASE NO.  5:11-CV-01157-SI |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| DUY TRONG NGUYEN, et al., | FOR:   HON. SUSAN ILLSTON |
| Defendants. | |

**TO THE HONORABLE JEREMY FOGEL:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe & Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

1. Court continue the Case Management Conference presently set for October 14, 2011 at 2:30 PM.
2.  The request for the brief continuance is necessitated by the fact that counsel for the Parties have
3. been engaged in settlement discussions and request additional time to conclude same.
4.  **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED
5. BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for
6. October 14, 2011 at 2:30 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

             Respectfully Submitted,

Dated: October 4, 2011          */s/ Thomas P. Riley*
             **LAW OFFICES OF THOMAS P. RILEY**
             By: Thomas P. Riley
             Attorneys for Plaintiff
             J & J Sports Productions, Inc.

Dated: October 4, 2011          */s/ Nicholas Roscha*
             **ROSCHA & ODNE LLP**
             By: Nicholas Roscha
             Attorneys for Defendants
             Duy Trong Nguyen, Au Thi Le, and
             Lighthouse Cafe, Inc.

///
///
///
///
///
///
///
///

1
**ORDER (Proposed)**

2  It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-
3  01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from
4  2:30 PM, October 14, 2011 to _____ 12/2/11 @ 2:30 p.m. _____.

5

6

7

**IT IS SO ORDERED**:
8

9

10
_____      Dated: 10/5/11 _____
11
**The Honorable Susan Illston**
12  **United States District Court**
    **Northern District of California**
13

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**PROOF OF SERVICE (SERVICE BY E-MAIL)**

I declare that:

I am employed in the County of Contra Costa, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1320 Willow Pass Road, Suite 500, Concord, California 94520.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 4, 2011, I served:

**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by electronic mailing same to the Plaintiff's counsel at the following email address(es):

Thomas P. Riley, Esquire  　　　　　　　Attorneys for Plaintiff
LAW OFFICES OF THOMAS P. RILEY, P.C.  　J & J Sports Productions, Inc.
**First Library Square**
1114 Fremont Avenue
South Pasadena, CA  91030-3227
Email:  TPRLAW@att.net
　　　　TPRUSA@att.net

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 4, 2011, at Concord, California.

Dated: October 4, 2011　　　　　　　　　　　*/s/ Kathi Croley*
　　　　　　　　　　　　　　　　　　　　　　**KATHI CROLEY**