Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
**ROSCHA & ODNE LLP**
2300 Clayton Road, Suite 500
Concord, CA 94520
 Tel: (925) 602-1400
Fax: (925) 825-0143
nroscha@aro-law.com
codne@aro-law.com
**Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le,**
**and Lighthouse Cafe, Inc.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DUY TRONG NGUYEN, et al.,**<br><br>**Defendants.** | **CASE NO.  5:11-CV-01157-SI**<br><br>**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**<br><br>**FOR:   HON. SUSAN ILLSTON** |

**TO THE HONORABLE SUSAN ILLSTON:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe & Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

Court continue the Case Management Conference presently set for January 20, 2012 at 2:30 PM.

The request for the brief continuance is necessitated by the fact that counsel for the Parties have been engaged in settlement discussions and request additional time to conclude same.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for January 20, 2012 at 2:30 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully Submitted,

Dated: January 11, 2012 _____/s/ Thomas P. Riley_____
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: January 11, 2012 _____/s/ Nicholas Roscha_____
**ROSCHA & ODNE LLP**
By: Nicholas Roscha
Attorneys for Defendants
Duy Trong Nguyen, Au Thi Le, and
Lighthouse Cafe, Inc.

///
///
///
///
///
///
///
///
///

1

<u>ORDER</u> (Proposed)

2

It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-

3

01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from

4

2:30 PM, January 20, 2012 to _____ Feb. 24, 2012 _____.

5

6

7

8

**IT IS SO ORDERED**:

9

10

11

_____        Dated:_____ 1/12/12 _____

12

**The Honorable** Susan Illston
**United States District Court**
**Northern District of California**

13

14

///

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

///