1 Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
2 First Library Square
1114 Fremont Avenue
3 South Pasadena, CA 91030-3227
Tel:  626-799-9797
4 Fax:  626-799-9795
TPRLAW@att.net
5 **Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**
6

7 Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
8 **ROSCHA & ODNE LLP**
2300 Clayton Road, Suite 500
9 Concord, CA 94520
 Tel: (925) 602-1400
10 Fax: (925) 825-0143
11 nroscha@aro-law.com
codne@aro-law.com
12 **Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le,**
13 **and Lighthouse Cafe, Inc.**

14 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
15 **SAN JOSE DIVISION**
16

17 **J & J SPORTS PRODUCTIONS, INC.,**          **CASE NO.  5:11-CV-01157-SI**

18          **Plaintiff,**

19                **v.**          **STIPULATION FOR AN ORDER**
**CONTINUING CASE MANAGEMENT**
20          **CONFERENCE; AND ORDER (Proposed)**
**DUY TRONG NGUYEN, et al.,**
21          **FOR:   HON. SUSAN ILLSTON**
          **Defendants.**
22

23

24          **TO THE HONORABLE SUSAN ILLSTON:**

25          By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy

26 Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe &

27 Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a

28 Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

1  Court continue the Case Management Conference presently set for January 20, 2012 at 2:30 PM.

2       The request for the brief continuance is necessitated by the fact that counsel for the Parties have

3  been engaged in settlement discussions and request additional time to conclude same.

4       **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED

5  BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for

6  January 20, 2012 at 2:30 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

7

8                                                          Respectfully Submitted,

9

10  Dated: January 11, 2012                    _____*/s/ Thomas P. Riley*_____

11                                                          **LAW OFFICES OF THOMAS P. RILEY**

12                                                          By: Thomas P. Riley
                                                            Attorneys for Plaintiff

13                                                          J & J Sports Productions, Inc.

14

15

16  Dated: January 11, 2012                    _____*/s/ Nicholas Roscha*_____

17                                                          **ROSCHA & ODNE LLP**
                                                            By: Nicholas Roscha

18                                                          Attorneys for Defendants

19                                                          Duy Trong Nguyen, Au Thi Le, and
                                                            Lighthouse Cafe, Inc.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u> (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from 2:30 PM, January 20, 2012 to _____Feb. 24, 2012_____.

**IT IS SO ORDERED**:

_____          Dated:_____1/12/12_____
**The Honorable S**USAN **I**LLSTON
**United States District Court**
**Northern District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///