| | |
|---|---|
| 1 | NICHOLAS ROSCHA, ESQ. (#181501) |
|  | CHRISTOPHER N. ODNE, ESQ. (#241175) |
| 2 | ROSCHA & ODNE LLP |
|  | Concord Center |
| 3 | 2300 Clayton Road, Suite 500 |
|  | Concord, California 94520 |
| 4 | Telephone: (925) 602-1400 |
|  | Facsimile: (925) 825-0143 |
| 5 | Email: nroscha@rolawgroup.com |
|  |        codne@rolawgroup.com |
| 6 | |
|  | Attorneys for Defendants |
| 7 | Duy Trong Nguyen, Au Thi Le, and |
|  | Lighthouse Café, Inc. |

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTION, INC., | ) | CASE NO.: CV11-1157 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION TO FURTHER EXTEND |
| | ) | TIME FOR DEFENDANTS TO FILE AN |
| v. | ) | ANSWER TO PLAINTIFF'S COMPLAINT |
| | ) | |
| DUY TRONG NGUYEN and AU THI LE, | ) | |
| INDIVIDUALLY and d/b/a LIGHTHOUSE | ) | |
| CAFÉ A/K/A LIGHTHOUSE CAFÉ & | ) | |
| RESTAURANT; and LIGHTHOUSE | ) | |
| CAFÉ, INC., AN UNKNOWN BUSINESS | ) | |
| ENTITY D/B/A LIGHTHOUSE CAFÉ & | ) | |
| RESTAURANT, | ) | |
| | ) | |
| Defendants. | | |

IT IS HEREBY STIPULATED by and between Nicholas Roscha, Esq. and Christopher N. Odne, Esq. of Roscha & Odne LLP, counsel for defendants DUY TRONG NGUYEN and AU THI LE, individually and d/b/a LIGHTHOUSE CAFÉ a/k/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ a/k/a LIGHTHOUSE CAFÉ & RESTAURANT and Thomas P. Riley of the Law Offices of Thomas P. Riley, P.C., counsel for plaintiff J & J Sports Productions, Inc. that the deadline for the defendants to file an Answer to plaintiff's Complaint is hereby extended and shall be filed, subject to any

1

STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO
PLAINTIFF'S COMPLAINT

further extensions, no later than April 26, 2012.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: March 23, 2012          ROSCHA & ODNE LLP

                               _____
                               NICHOLAS ROSCHA, ESQ.
                               CHRISTOPHER N. ODNE, ESQ.
                               Counsel for Defendants DUY TRONG NGUYEN and
                               AU THI LE, INDIVIDUALLY and d/b/a
                               LIGHTHOUSE CAFÉ A/K/A LIGHTHOUSE CAFÉ
                               & RESTAURANT; and LIGHTHOUSE CAFÉ, INC.,
                               AN UNKNOWN BUSINESS ENTITY D/B/A
                               LIGHTHOUSE CAFÉ & RESTAURANT

DATED: March __, 2012          LAW OFFICES OF THOMAS P. RILEY, P.C.

                               _____
                               THOMAS P. RILEY, ESQ.
                               Counsel for Plaintiff J&J SPORTS PRODUCTION,
                               INC.

**IT IS SO ORDERED**
Judge Susan Illston

2

**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**