NICHOLAS ROSCHA, ESQ. (#181501)
CHRISTOPHER N. ODNE, ESQ. (#241175)
ROSCHA & ODNE LLP
Concord Center
2300 Clayton Road, Suite 500
Concord, California 94520
Telephone: (925) 602-1400
Facsimile: (925) 825-0143
Email: nroscha@rolawgroup.com
       codne@rolawgroup.com

Attorneys for Defendants
Duy Trong Nguyen, Au Thi Le, and
Lighthouse Café, Inc.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> DUY TRONG NGUYEN and AU THI LE, INDIVIDUALLY and d/b/a LIGHTHOUSE CAFÉ A/K/A LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., AN UNKNOWN BUSINESS ENTITY D/B/A LIGHTHOUSE CAFÉ & RESTAURANT, <br><br> Defendants. | CASE NO.: CV11-1157 JF <br><br> STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED by and between Nicholas Roscha, Esq. and Christopher N. Odne, Esq. of Roscha & Odne LLP, counsel for defendants DUY TRONG NGUYEN and AU THI LE, individually and d/b/a LIGHTHOUSE CAFÉ a/k/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ a/k/a LIGHTHOUSE CAFÉ & RESTAURANT and Thomas P. Riley of the Law Offices of Thomas P. Riley, P.C., counsel for plaintiff J & J Sports Productions, Inc. that the deadline for the defendants to file an Answer to plaintiff's Complaint is hereby extended and shall be filed, subject to any

1

STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO
PLAINTIFF'S COMPLAINT

further extensions, no later than April 26, 2012.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: March 23, 2012        ROSCHA & ODNE LLP

NICHOLAS ROSCHA, ESQ.
CHRISTOPHER N. ODNE, ESQ.
Counsel for Defendants DUY TRONG NGUYEN and AU THI LE, INDIVIDUALLY and d/b/a LIGHTHOUSE CAFÉ A/K/A LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., AN UNKNOWN BUSINESS ENTITY D/B/A LIGHTHOUSE CAFÉ & RESTAURANT

DATED: March ___, 2012        LAW OFFICES OF THOMAS P. RILEY, P.C.

THOMAS P. RILEY, ESQ.
Counsel for Plaintiff J&J SPORTS PRODUCTION, INC.

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

Judge Susan Illston

2

**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**