1  Thomas P. Riley, SBN 194706
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
   Tel: 626-799-9797
4  Fax: 626-799-9795
   TPRLAW@att.net
5  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
6
   Nicholas Roscha, SBN 181501
7  Christopher N. Odne, SBN 241175
8  **ROSCHA & ODNE LLP**
   2300 Clayton Road, Suite 500
9  Concord, CA 94520
    Tel: (925) 602-1400
10 Fax: (925) 825-0143
11 nroscha@ROLawGroup.com
   codne@ROLawGroup.com
12 **Attorneys for Defendants**
   **Duy Trong Nguyen, Au Thi Le,**
13 **and Lighthouse Cafe, Inc.**
14
           **UNITED STATES DISTRICT COURT**
15        **NORTHERN DISTRICT OF CALIFORNIA**
             **SAN FRANCISCO DIVISION**
16

| | |
|---|---|
| 17  **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO.  3:11-CV-01157-SI** |
| 18  **Plaintiff,** | |
| 19  v. | **STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** (Proposed) |
| 20 | |
| 21  **DUY TRONG NGUYEN, et al.,** | **FOR:  HON. SUSAN ILLSTON** |
| 22  **Defendants.** | |
| 23 | |

24  **TO THE HONORABLE SUSAN ILLSTON:**

25      By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy

26  Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe &

27  Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a

28  Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

1   Court continue the Case Management Conference presently set for May 4, 2012 at 2:30 PM.

2          The request for the brief continuance is necessitated by the fact that counsel for the Parties have

3   been engaged in settlement discussions and request additional time to conclude same.  In, addition the

4   Parties have filed a Stipulation to Further Extend Time to Respond to Complaint and as a result, any

5   scheduling of this case would be premature at this particular time.

6          **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED

7   BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for

8   May 4, 2012 at 2:30 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

9

10                                          Respectfully Submitted,

11

12

13  Dated: April 25, 2012                   /s/ Thomas P. Riley
                                            **LAW OFFICES OF THOMAS P. RILEY**
14                                          By: Thomas P. Riley
                                            Attorneys for Plaintiff
15                                          J & J Sports Productions, Inc.

16

17

18  Dated: April 25, 2012                   /s/ Nicholas Roscha
                                            **ROSCHA & ODNE LLP**
19                                          By: Nicholas Roscha
20                                          Attorneys for Defendants
                                            Duy Trong Nguyen, Au Thi Le, and
21                                          Lighthouse Cafe, Inc.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1                                        **ORDER** (Proposed)

2       It is hereby ordered that the Case Management Conference in civil action number 3:11-cv-

3 01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from

4 2:30 PM, May 4, 2012 to _____ June 29, 2012 _____.

5

6

7

8 **IT IS SO ORDERED**:

9

10

11 _____         Dated:_____ 4/25/12 _____

12 The Honorable SUSAN ILLSTON
**United States District Court**

13 **Northern District of California**

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///