1 Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
2 First Library Square
1114 Fremont Avenue
3 South Pasadena, CA 91030-3227
Tel: 626-799-9797
4 Fax: 626-799-9795
TPRLAW@att.net
5 **Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**
6
Nicholas Roscha, SBN 181501
7 Christopher N. Odne, SBN 241175
8 **ROSCHA & ODNE LLP**
2300 Clayton Road, Suite 500
9 Concord, CA 94520
 Tel: (925) 602-1400
10 Fax: (925) 825-0143
11 nroscha@ROLawGroup.com
codne@ROLawGroup.com
12 **Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le,**
13 **and Lighthouse Cafe, Inc.**

14               **UNITED STATES DISTRICT COURT**
15               **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
16

17 | **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO.  3:11-CV-01157-SI** |
18 | | |
| **Plaintiff,** | |
19 | | **STIPULATION FOR AN ORDER** |
| **v.** | **CONTINUING CASE MANAGEMENT** |
20 | | **CONFERENCE; AND ORDER (Proposed)** |
21 | **DUY TRONG NGUYEN, et al.,** | |
| | **FOR:  HON. SUSAN ILLSTON** |
22 | **Defendants.** | |
23 | | |

24 **TO THE HONORABLE SUSAN ILLSTON:**

25      By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy

26 Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe &

27 Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a

28 Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

1    Court continue the Case Management Conference presently set for May 4, 2012 at 2:30 PM.

2         The request for the brief continuance is necessitated by the fact that counsel for the Parties have

3    been engaged in settlement discussions and request additional time to conclude same.  In, addition the

4    Parties have filed a Stipulation to Further Extend Time to Respond to Complaint and as a result, any

5    scheduling of this case would be premature at this particular time.

6         **WHEREFORE,** IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED

7    BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for

8    May 4, 2012 at 2:30 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

9

10                                        Respectfully Submitted,

11

12

13   Dated: April 25, 2012              /s/ Thomas P. Riley
                                         **LAW OFFICES OF THOMAS P. RILEY**
14                                       By: Thomas P. Riley
                                         Attorneys for Plaintiff
15                                       J & J Sports Productions, Inc.

16

17

18   Dated: April 25, 2012              /s/ Nicholas Roscha
                                         **ROSCHA & ODNE LLP**
19                                       By: Nicholas Roscha
20                                       Attorneys for Defendants
                                         Duy Trong Nguyen, Au Thi Le, and
21                                       Lighthouse Cafe, Inc.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

<u>**ORDER**</u> (Proposed)

2

It is hereby ordered that the Case Management Conference in civil action number 3:11-cv-

3

01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from

4

2:30 PM, May 4, 2012 to _____ June 29, 2012 _____.

5

6

7

**IT IS SO ORDERED**:

8

9

10

_____                    Dated:_____ 4/25/12 _____

11

**The Honorable SUSAN ILLSTON**

12

**United States District Court**

**Northern District of California**

13

14

///

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

///