Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
**ROSCHA & ODNE LLP**
2300 Clayton Road, Suite 500
Concord, CA 94520
 Tel: (925) 602-1400
Fax: (925) 825-0143
nroscha@ROLawGroup.com
codne@ROLawGroup.com
**Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le,**
**and Lighthouse Cafe, Inc.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DUY TRONG NGUYEN, et al.,**<br><br>**Defendants.** | **CASE NO.  5:11-CV-01157-SI**<br><br>**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**<br><br>**FOR:   HON. SUSAN ILLSTON** |

### TO THE HONORABLE SUSAN ILLSTON:

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe & Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

Court continue the Case Management Conference presently set for June 29, 2012 at 2:30 PM.

The request for the brief continuance is necessitated by the fact that counsel for the Parties have been engaged in settlement discussions and request additional time to conclude same.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for June 29, 2012 at 2:30 PM to a new date approximately Forty-Five (45) days forward.

Respectfully Submitted,

Dated: June 20, 2012                  _____*/s/ Thomas P. Riley*_____
                                       **LAW OFFICES OF THOMAS P. RILEY**
                                       By: Thomas P. Riley
                                       Attorneys for Plaintiff
                                       J & J Sports Productions, Inc.

Dated: June 21, 2012                  _____*/s/ Nicholas Roscha*_____
                                         **ROSCHA & ODNE LLP**
                                       By: Nicholas Roscha
                                       Attorneys for Defendants
                                       Duy Trong Nguyen, Au Thi Le, and
                                       Lighthouse Cafe, Inc.

///
///
///
///
///
///
///
///
///

**ORDER** (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from 2:30 PM, June 29, 2012 to __ August 31, 2012 @ 3 p.m._____ _____.

**IT IS SO ORDERED**:

_____          Dated:_____ 6/26/12 _____
**The Honorable SUSAN ILLSTON**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///