Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
**ROSCHA & ODNE LLP**
2300 Clayton Road, Suite 500
Concord, CA 94520
 Tel: (925) 602-1400
Fax: (925) 825-0143
nroscha@ROLawGroup.com
codne@ROLawGroup.com
**Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le,**
**and Lighthouse Cafe, Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>                    **Plaintiff,**<br><br>                         **v.**<br><br>**DUY TRONG NGUYEN, et al.,**<br><br>                    **Defendants.** | **CASE NO.  5:11-CV-01157-SI**<br><br><br>**STIPULATION FOR AN ORDER**<br>**CONTINUING CASE MANAGEMENT**<br>**CONFERENCE; AND ORDER (~~Proposed~~)**<br><br>**FOR:   HON. SUSAN ILLSTON** |

**TO THE HONORABLE SUSAN ILLSTON:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy

Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe &

Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a

Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

Court continue the Case Management Conference presently set for June 29, 2012 at 2:30 PM.

The request for the brief continuance is necessitated by the fact that counsel for the Parties have been engaged in settlement discussions and request additional time to conclude same.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for June 29, 2012 at 2:30 PM to a new date approximately Forty-Five (45) days forward.

Respectfully Submitted,

Dated: June 20, 2012                            _____*/s/ Thomas P. Riley*_____
                                                **LAW OFFICES OF THOMAS P. RILEY**
                                                By: Thomas P. Riley
                                                Attorneys for Plaintiff
                                                J & J Sports Productions, Inc.

Dated: June 21, 2012                            _____*/s/ Nicholas Roscha*_____
                                                **ROSCHA & ODNE LLP**
                                                By: Nicholas Roscha
                                                Attorneys for Defendants
                                                Duy Trong Nguyen, Au Thi Le, and
                                                Lighthouse Cafe, Inc.

///
///
///
///
///
///
///
///
///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER** (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from 2:30 PM, June 29, 2012 to __ August 31, 2012 @ 3 p.m._____ _____.

**IT IS SO ORDERED**:

_____

**The Honorable** SUSAN ILLSTON
**United States District Court**
**Northern District of California**

Dated:_____ 6/26/12 _____

/// 
///
///
///
///
///
///
///
///
///
///
///
///
///
///