1  NICHOLAS ROSCHA, ESQ. (#181501)
   CHRISTOPHER N. ODNE, ESQ. (#241175)
2  ROSCHA & ODNE LLP
   Concord Center
3  2300 Clayton Road, Suite 500
   Concord, California  94520
4  Telephone: (925) 602-1400
   Facsimile: (925) 825-0143
5  Email:  nroscha@rolawgroup.com
           codne@rolawgroup.com
6
   Attorneys for Defendants
7  Duy Trong Nguyen, Au Thi Le, and
   Lighthouse Café, Inc.
8

9                          UNITED STATES DISTRICT COURT
                                    FOR THE
10                       NORTHERN DISTRICT OF CALIFORNIA
                               SAN JOSE DIVISION
11

12 | J&J SPORTS PRODUCTION, INC.,        ) | CASE NO.: CV11-1157 SI
                                         )
13 | Plaintiff,                          ) | STIPULATION TO FURTHER EXTEND
                                         ) | TIME FOR DEFENDANTS TO FILE AN
14 | v.                                  ) | ANSWER TO PLAINTIFF'S COMPLAINT
                                         )
15 | DUY TRONG NGUYEN and AU THI LE,     )
     INDIVIDUALLY and d/b/a LIGHTHOUSE   )
16 | CAFÉ A/K/A LIGHTHOUSE CAFÉ &        )
     RESTAURANT; and LIGHTHOUSE          )
17 | CAFÉ, INC., AN UNKNOWN BUSINESS     )
     ENTITY D/B/A LIGHTHOUSE CAFÉ &      )
18 | RESTAURANT,                         )
                                         )
19 | Defendants.

20

21      IT IS HEREBY STIPULATED by and between Nicholas Roscha, Esq. and Christopher N.

22 Odne, Esq. of Roscha & Odne LLP, counsel for defendants DUY TRONG NGUYEN and AU THI

23 LE, individually and d/b/a LIGHTHOUSE CAFÉ a/k/a LIGHTHOUSE CAFÉ & RESTAURANT;

24 and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ a/k/a

25 LIGHTHOUSE CAFÉ & RESTAURANT and Thomas P. Riley of the Law Offices of Thomas P.

26 Riley, P.C., counsel for plaintiff J & J Sports Productions, Inc. that the deadline for the defendants

27 to file an Answer to plaintiff's Complaint is hereby extended and shall be filed, subject to any

                                                1
28 _____
   **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO
                              PLAINTIFF'S COMPLAINT**

further extensions, no later than August 24, 2012.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: July 26, 2012        ROSCHA & ODNE LLP


                            _____/s/ Nicholas Roscha_____

                            NICHOLAS ROSCHA, ESQ.
                            CHRISTOPHER N. ODNE, ESQ.
                            Counsel for Defendants DUY TRONG NGUYEN and
                            AU THI LE, INDIVIDUALLY and d/b/a
                            LIGHTHOUSE CAFÉ A/K/A LIGHTHOUSE CAFÉ
                            & RESTAURANT; and LIGHTHOUSE CAFÉ, INC.,
                            AN UNKNOWN BUSINESS ENTITY D/B/A
                            LIGHTHOUSE CAFÉ & RESTAURANT


DATED: July 25, 2012        LAW OFFICES OF THOMAS P. RILEY, P.C.


                            ___        /s/ Thomas P. Riley__           _____

                            THOMAS P. RILEY, ESQ.
                            Counsel for Plaintiff J&J SPORTS PRODUCTION,
                            INC.

///

///

///

///

///

///

///

///

///

///

**2**
_____
**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**

**ORDER** (Proposed)

It is hereby ordered that the deadline for Defendants to file an answer in civil action number 5:11-cv-01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from July 27, 2012 to ___8/24/12_____.

**IT IS SO ORDERED**:

_____[signature: Susan Illston]_____     Dated:___7/27/12_____

**The Honorable SUSAN ILLSTON**
**United States District Court**
**Northern District of California**

3

**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**