1   NICHOLAS ROSCHA, ESQ. (#181501)
    CHRISTOPHER N. ODNE, ESQ. (#241175)
2   ROSCHA & ODNE LLP
    Concord Center
3   2300 Clayton Road, Suite 500
    Concord, California  94520
4   Telephone: (925) 602-1400
    Facsimile: (925) 825-0143
5   Email:  nroscha@rolawgroup.com
            codne@rolawgroup.com
6
    Attorneys for Defendants
7   Duy Trong Nguyen, Au Thi Le, and
    Lighthouse Café, Inc.
8

9                   UNITED STATES DISTRICT COURT
                              FOR THE
10              NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
11

12  J&J SPORTS PRODUCTION, INC.,          )   CASE NO.: CV11-1157 SI
                                          )
13  Plaintiff,                            )   STIPULATION TO FURTHER EXTEND
                                          )   TIME FOR DEFENDANTS TO FILE AN
14  v.                                    )   ANSWER TO PLAINTIFF'S COMPLAINT
                                          )
15  DUY TRONG NGUYEN and AU THI LE,       )
    INDIVIDUALLY and d/b/a LIGHTHOUSE     )
16  CAFÉ A/K/A LIGHTHOUSE CAFÉ &          )
    RESTAURANT; and LIGHTHOUSE            )
17  CAFÉ, INC., AN UNKNOWN BUSINESS       )
    ENTITY D/B/A LIGHTHOUSE CAFÉ &        )
18  RESTAURANT,                           )
                                          )
19  Defendants.

20

21          IT IS HEREBY STIPULATED by and between Nicholas Roscha, Esq. and Christopher N.

22  Odne, Esq. of Roscha & Odne LLP, counsel for defendants DUY TRONG NGUYEN and AU THI

23  LE, individually and d/b/a LIGHTHOUSE CAFÉ a/k/a LIGHTHOUSE CAFÉ & RESTAURANT;

24  and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ a/k/a

25  LIGHTHOUSE CAFÉ & RESTAURANT and Thomas P. Riley of the Law Offices of Thomas P.

26  Riley, P.C., counsel for plaintiff J & J Sports Productions, Inc. that the deadline for the defendants

27  to file an Answer to plaintiff's Complaint is hereby extended and shall be filed, subject to any

                                          1
28  _____
        STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO
                                PLAINTIFF'S COMPLAINT

1 further extensions, no later than August 24, 2012.

    IT IS SO STIPULATED.

2   Respectfully Submitted,

3   DATED: July 26, 2012          ROSCHA & ODNE LLP

4

5                                 _____/s/ Nicholas Roscha_____

6                                 NICHOLAS ROSCHA, ESQ.
                                  CHRISTOPHER N. ODNE, ESQ.
7                                 Counsel for Defendants DUY TRONG NGUYEN and
                                  AU THI LE, INDIVIDUALLY and d/b/a
8                                 LIGHTHOUSE CAFÉ A/K/A LIGHTHOUSE CAFÉ
                                  & RESTAURANT; and LIGHTHOUSE CAFÉ, INC.,
9                                 AN UNKNOWN BUSINESS ENTITY D/B/A
10                                LIGHTHOUSE CAFÉ & RESTAURANT

11

12  DATED: July 25, 2012          LAW OFFICES OF THOMAS P. RILEY, P.C.

13

14                                _____ /s/ Thomas P. Riley_____

15                                THOMAS P. RILEY, ESQ.
                                  Counsel for Plaintiff J&J SPORTS PRODUCTION,
16                                INC.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27                          **2**
28  _____
    **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO
    PLAINTIFF'S COMPLAINT**

<u>**ORDER**</u> **(Proposed)**

It is hereby ordered that the deadline for Defendants to file an answer in civil action number 5:11-cv-01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from July 27, 2012 to ___ 8/24/12 _____.


**IT IS SO ORDERED**:




_____      Dated:___ 7/27/12 _____
**The Honorable SUSAN ILLSTON**
**United States District Court**
**Northern District of California**

**3**

**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**