1  Thomas P. Riley, SBN 194706
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
   Tel:  626-799-9797
4  Fax:  626-799-9795
   TPRLAW@att.net
5  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
6
   Nicholas Roscha, SBN 181501
7  Christopher N. Odne, SBN 241175
8  **ROSCHA & ODNE LLP**
   2300 Clayton Road, Suite 500
9  Concord, CA 94520
    Tel: (925) 602-1400
10 Fax: (925) 825-0143
11 nroscha@ROLawGroup.com
   codne@ROLawGroup.com
12 **Attorneys for Defendants**
   **Duy Trong Nguyen, Au Thi Le,**
13 **and Lighthouse Cafe, Inc.**
14
                        **UNITED STATES DISTRICT COURT**
15                     **NORTHERN DISTRICT OF CALIFORNIA**
                              **SAN JOSE DIVISION**
16

17 **J & J SPORTS PRODUCTIONS, INC.,**          |  **CASE NO.  5:11-CV-01157-SI**

18                  **Plaintiff,**

19                      **v.**                    **STIPULATION FOR AN ORDER**
                                                  **CONTINUING CASE MANAGEMENT**
20                                                **CONFERENCE; AND ORDER (Proposed)**
   **DUY TRONG NGUYEN, et al.,**
21                                                **FOR:   HON. SUSAN ILLSTON**
22                 **Defendants.**

23

24     **TO THE HONORABLE SUSAN ILLSTON:**

25          By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy

26  Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe &

27  Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a

28  Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

Court continue the Case Management Conference presently set for August 31, 2012 at 3:00 PM.

The request for the brief continuance is necessitated by the fact that counsel for the Parties have been engaged in settlement discussions and request additional time to conclude same.

**WHEREFORE,** IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for August 31, 2012 at 3:00 PM to a new date approximately Forty-Five (45) days forward.

Respectfully Submitted,

Dated: August ___, 2012

LAW OFFICES OF THOMAS P. RILEY
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: August ___, 2012

ROSCHA & ODNE LLP
By: Nicholas Roscha
Attorneys for Defendants
Duy Trong Nguyen, Au Thi Le, and
Lighthouse Cafe, Inc.

///
///
///
///
///
///
///
///
///

1

**ORDER** ~~(Proposed)~~

2          It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-

3    01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from

4    3:00 PM, August 31, 2012 to _____October 12, 2012 at 3:00 p.m._____.

5

6

7

8    **IT IS SO ORDERED**:

9

10

11   _____          Dated: ___August 28, 2012_____
     **The Honorable SUSAN ILLSTON**
12   **United States District Court**
13   **Northern District of California**

14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///