Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
**ROSCHA & ODNE LLP**
2300 Clayton Road, Suite 500
Concord, CA 94520
 Tel: (925) 602-1400
Fax: (925) 825-0143
nroscha@ROLawGroup.com
codne@ROLawGroup.com
**Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le,**
**and Lighthouse Cafe, Inc.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO.  5:11-CV-01157-SI** |
| **Plaintiff,** | |
| **v.** | **STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER ~~(Proposed)~~** |
| **DUY TRONG NGUYEN, et al.,** | **FOR:  HON. SUSAN ILLSTON** |
| **Defendants.** | |

**TO THE HONORABLE SUSAN ILLSTON:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe & Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

1  Court continue the Case Management Conference presently set for August 31, 2012 at 3:00 PM.

2      The request for the brief continuance is necessitated by the fact that counsel for the Parties have

3  been engaged in settlement discussions and request additional time to conclude same.

4      **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED

5  BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for

6  August 31, 2012 at 3:00 PM to a new date approximately Forty-Five (45) days forward.

7

8                                 Respectfully Submitted,

9

10

11  Dated: August ___, 2012

12                                 LAW OFFICES OF THOMAS P. RILEY
                                   By: Thomas P. Riley
13                                 Attorneys for Plaintiff
                                   J & J Sports Productions, Inc.
14

15

16  Dated: August ___, 2012

17                                 **ROSCHA & ODNE LLP**
                                   By: Nicholas Roscha
18                                 Attorneys for Defendants
                                   Duy Trong Nguyen, Au Thi Le, and
19                                 Lighthouse Cafe, Inc.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

## ORDER ~~(Proposed)~~

2      It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-

3  01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from

4  3:00 PM, August 31, 2012 to _____October 12, 2012 at 3:00 p.m._____.

5

6

7

8  **IT IS SO ORDERED**:

9

10

11  _____          Dated:___August 28, 2012_____

12  **The Honorable SUSAN ILLSTON**
   **United States District Court**
13  **Northern District of California**

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///