1  NICHOLAS ROSCHA, ESQ. (#181501)
   CHRISTOPHER N. ODNE, ESQ. (#241175)
2  ROSCHA & ODNE LLP
   Concord Center
3  2300 Clayton Road, Suite 500
   Concord, California 94520
4  Telephone: (925) 602-1400
   Facsimile: (925) 825-0143
5  Email:  nroscha@rolawgroup.com
           codne@rolawgroup.com
6
   Attorneys for Defendants
7  Duy Trong Nguyen, Au Thi Le, and
   Lighthouse Café, Inc.
8

9                    UNITED STATES DISTRICT COURT
                            FOR THE
10              NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
11

12  J&J SPORTS PRODUCTION, INC.,          )   CASE NO.: CV11-1157 SI
                                          )
13  Plaintiff,                            )   STIPULATION TO FURTHER EXTEND
                                          )   TIME FOR DEFENDANTS TO FILE AN
14  v.                                    )   ANSWER TO PLAINTIFF'S COMPLAINT
                                          )
15  DUY TRONG NGUYEN and AU THI LE,       )
    INDIVIDUALLY and d/b/a LIGHTHOUSE     )
16  CAFÉ A/K/A LIGHTHOUSE CAFÉ &          )
    RESTAURANT; and LIGHTHOUSE            )
17  CAFÉ, INC., AN UNKNOWN BUSINESS       )
    ENTITY D/B/A LIGHTHOUSE CAFÉ &        )
18  RESTAURANT,                           )
                                          )
19  Defendants.

20

21      IT IS HEREBY STIPULATED by and between Nicholas Roscha, Esq. and Christopher N.

22  Odne, Esq. of Roscha & Odne LLP, counsel for defendants DUY TRONG NGUYEN and AU THI

23  LE, individually and d/b/a LIGHTHOUSE CAFÉ a/k/a LIGHTHOUSE CAFÉ & RESTAURANT;

24  and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ a/k/a

25  LIGHTHOUSE CAFÉ & RESTAURANT and Thomas P. Riley of the Law Offices of Thomas P.

26  Riley, P.C., counsel for plaintiff J & J Sports Productions, Inc. that the deadline for the defendants

27  to file an Answer to plaintiff's Complaint is hereby extended and shall be filed, subject to any

                                          1
28  _____
    STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO
                              PLAINTIFF'S COMPLAINT

1  further extensions, no later than September 26, 2012.

2  IT IS SO STIPULATED.

3  Respectfully Submitted,

   DATED: August **23**, 2012         ROSCHA & ODNE LLP

6  NICHOLAS ROSCHA, ESQ.

7  CHRISTOPHER N. ODNE, ESQ.
   Counsel for Defendants DUY TRONG NGUYEN and
8  AU THI LE, INDIVIDUALLY and d/b/a
   LIGHTHOUSE CAFÉ A/K/A LIGHTHOUSE CAFÉ
9  & RESTAURANT; and LIGHTHOUSE CAFÉ, INC.,
   AN UNKNOWN BUSINESS ENTITY D/B/A
10 LIGHTHOUSE CAFÉ & RESTAURANT

12  DATED: August 25, 2012           LAW OFFICES OF THOMAS P. RILEY, P.C.

14  THOMAS P. RILEY, ESQ.
15  Counsel for Plaintiff J&J SPORTS PRODUCTION,
    INC.

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

27                                    2

28  **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO
    PLAINTIFF'S COMPLAINT**

## ORDER ~~(Proposed)~~

It is hereby ordered that the deadline for Defendants to file an answer in civil action number 5:11-cv-01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from August 24, 2012 to   September 26, 2012        .

**IT IS SO ORDERED:**

_____          Dated:     August 28, 2012         
**The Honorable SUSAN ILLSTON**
**United States District Court**
**Northern District of California**

**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**

3