1 | NICHOLAS ROSCHA, ESQ. (#181501)
CHRISTOPHER N. ODNE, ESQ. (#241175)
2 | ROSCHA & ODNE LLP
Concord Center
3 | 2300 Clayton Road, Suite 500
Concord, California  94520
4 | Telephone: (925) 602-1400
Facsimile: (925) 825-0143
5 | Email:  nroscha@rolawgroup.com
         codne@rolawgroup.com
6 |
Attorneys for Defendants
7 | Duy Trong Nguyen, Au Thi Le, and
Lighthouse Café, Inc.
8 |

9 |                    UNITED STATES DISTRICT COURT
                             FOR THE
10 |             NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
11 |

12 | J&J SPORTS PRODUCTION, INC.,           )   CASE NO.: CV11-1157 SI
                                            )
13 | Plaintiff,                             )   STIPULATION TO FURTHER EXTEND
                                            )   TIME FOR DEFENDANTS TO FILE AN
14 | v.                                     )   ANSWER TO PLAINTIFF'S COMPLAINT
                                            )
15 | DUY TRONG NGUYEN and AU THI LE,        )
INDIVIDUALLY and d/b/a LIGHTHOUSE          )
16 | CAFÉ A/K/A LIGHTHOUSE CAFÉ &           )
RESTAURANT; and LIGHTHOUSE                 )
17 | CAFÉ, INC., AN UNKNOWN BUSINESS        )
ENTITY D/B/A LIGHTHOUSE CAFÉ &             )
18 | RESTAURANT,                            )
                                            )
19 | Defendants.

20 |

21 |      IT IS HEREBY STIPULATED by and between Nicholas Roscha, Esq. and Christopher N.

22 | Odne, Esq. of Roscha & Odne LLP, counsel for defendants DUY TRONG NGUYEN and AU THI

23 | LE, individually and d/b/a LIGHTHOUSE CAFÉ a/k/a LIGHTHOUSE CAFÉ & RESTAURANT;

24 | and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ a/k/a

25 | LIGHTHOUSE CAFÉ & RESTAURANT and Thomas P. Riley of the Law Offices of Thomas P.

26 | Riley, P.C., counsel for plaintiff J & J Sports Productions, Inc. that the deadline for the defendants

27 | to file an Answer to plaintiff's Complaint is hereby extended and shall be filed, subject to any

                                        1

28 | **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO
PLAINTIFF'S COMPLAINT**

1  further extensions, no later than September 26, 2012.

2  IT IS SO STIPULATED.

3  Respectfully Submitted,

   DATED: August **23**, 2012          ROSCHA & ODNE LLP

4

5  _____

6  NICHOLAS ROSCHA, ESQ.

7  CHRISTOPHER N. ODNE, ESQ.
   Counsel for Defendants DUY TRONG NGUYEN and

8  AU THI LE, INDIVIDUALLY and d/b/a
   LIGHTHOUSE CAFÉ A/K/A LIGHTHOUSE CAFÉ

9  & RESTAURANT; and LIGHTHOUSE CAFÉ, INC.,
   AN UNKNOWN BUSINESS ENTITY D/B/A

10  LIGHTHOUSE CAFÉ & RESTAURANT

11

12  DATED: August 25, 2012          LAW OFFICES OF THOMAS P. RILEY, P.C.

13

14  _____

15  THOMAS P. RILEY, ESQ.
    Counsel for Plaintiff J&J SPORTS PRODUCTION,

16  INC.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27                    2

28  STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO
    PLAINTIFF'S COMPLAINT

**ORDER** ~~(Proposed)~~

It is hereby ordered that the deadline for Defendants to file an answer in civil action number 5:11-cv-01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from August 24, 2012 to  September 26, 2012 .

**IT IS SO ORDERED**:


_____          Dated:   August 28, 2012
**The Honorable SUSAN ILLSTON**
**United States District Court**
**Northern District of California**

3

**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**