1  Thomas P. Riley, SBN 194706
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
   Tel:  626-799-9797
4  Fax:  626-799-9795
   TPRLAW@att.net
5  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
6
   Nicholas Roscha, SBN 181501
7  Christopher N. Odne, SBN 241175
8  **ROSCHA & ODNE LLP**
   2300 Clayton Road, Suite 500
9  Concord, CA 94520
    Tel: (925) 602-1400
10 Fax: (925) 825-0143
11 nroscha@ROLawGroup.com
   codne@ROLawGroup.com
12 **Attorneys for Defendants**
   **Duy Trong Nguyen, Au Thi Le,**
13 **and Lighthouse Cafe, Inc.**

14                     **UNITED STATES DISTRICT COURT**
15                    **NORTHERN DISTRICT OF CALIFORNIA**
                              **SAN JOSE DIVISION**
16

17 **J & J SPORTS PRODUCTIONS, INC.,**          **CASE NO.  5:11-CV-01157-SI**

18                 **Plaintiff,**

19                     **v.**                    **STIPULATION FOR AN ORDER**
                                                 **CONTINUING CASE MANAGEMENT**
20                                               **CONFERENCE; AND ORDER (~~Proposed~~)**
   **DUY TRONG NGUYEN, et al.,**
21                                               **FOR:   H**ON**. S**USAN **I**LLSTON
                   **Defendants.**
22

23

24        **TO THE HONORABLE SUSAN ILLSTON:**

25        By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy

26 Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe &

27 Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a

28 Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

Court continue the Case Management Conference presently set for October 12, 2012 at 3:00 PM.

The request for the brief continuance is necessitated by the fact that counsel for the Parties have been engaged in settlement discussions and request additional time to conclude same.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for October 12, 2012 at 3:00 PM to a new date approximately Forty-Five (45) days forward.

Respectfully Submitted,


Dated: October 3, 2012                    */s/ Thomas P. Riley*
                                   **LAW OFFICES OF THOMAS P. RILEY**
                                   By: Thomas P. Riley
                                   Attorneys for Plaintiff
                                   J & J Sports Productions, Inc.


Dated: October 3, 2012                    */s/ Nicholas Roscha*
                                   **ROSCHA & ODNE LLP**
                                   By: Nicholas Roscha
                                   Attorneys for Defendants
                                   Duy Trong Nguyen, Au Thi Le, and
                                   Lighthouse Cafe, Inc.

///
///
///
///
///
///
///
///
///

### **ORDER** (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al*., is hereby continued from 3:00 PM, October 12, 2012 to _____ Nov. 30, 2012 _____ _____.

**IT IS SO ORDERED**:

_____     Dated:____10/5/12_____ _

**The Honorable** SUSAN ILLSTON
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///