Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
**ROSCHA & ODNE LLP**
2300 Clayton Road, Suite 500
Concord, CA 94520
 Tel: (925) 602-1400
Fax: (925) 825-0143
nroscha@ROLawGroup.com
codne@ROLawGroup.com
**Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le,**
**and Lighthouse Cafe, Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DUY TRONG NGUYEN, et al.,**<br><br>**Defendants.** | **CASE NO.  5:11-CV-01157-SI**<br><br>**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~)**<br><br>**FOR:   HON. SUSAN ILLSTON** |

**TO THE HONORABLE SUSAN ILLSTON:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe & Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

Court continue the Case Management Conference presently set for October 12, 2012 at 3:00 PM.

The request for the brief continuance is necessitated by the fact that counsel for the Parties have been engaged in settlement discussions and request additional time to conclude same.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for October 12, 2012 at 3:00 PM to a new date approximately Forty-Five (45) days forward.

Respectfully Submitted,

Dated: October 3, 2012        _/s/ Thomas P. Riley_
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: October 3, 2012        _/s/ Nicholas Roscha_
**ROSCHA & ODNE LLP**
By: Nicholas Roscha
Attorneys for Defendants
Duy Trong Nguyen, Au Thi Le, and
Lighthouse Cafe, Inc.

///
///
///
///
///
///
///
///
///

<u>**ORDER**</u> **(Proposed)**

It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from 3:00 PM, October 12, 2012 to _____ Nov. 30, 2012 _____ _____.

**IT IS SO ORDERED**:

_____          Dated:___10/5/12_____ _
The Honorable SUSAN ILLSTON
United States District Court
Northern District of California

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///