1  Kenneth N. Frucht, Esq.
   Frederick J. Geonetta, Esq.
2  GEONETTA & FRUCHT, LLP
   100 Montgomery Street, Suite 1600
3  San Francisco, CA 94104
   Attorneys for Plaintiff
4  Telephone: (415) 433.4589
   Facsimile: (415) 392.7973
5
   Attorneys for Plaintiff
6  DAVID REY

7  Steven R. Blackburn, State Bar No. 154797
   Matthew A. Goodin, State Bar No. 169674
8  Lauren M. Cooper, State Bar No. 254580
   EPSTEIN BECKER & GREEN, P.C.
9  One California Street, 26th Floor
   San Francisco, California 94111-5427
10 Telephone: 415.398.3500
   Facsimile: 415.398.0955
11 sblackburn@ebglaw.com
   mgoodin@ebglaw.com
12 bbrown@ebglaw.com

13 Attorneys for Defendants,
   C&H SUGAR COMPANY, INC. and
14 AMERICAN SUGAR REFINING, INC.

15                 **UNITED STATES DISTRICT COURT**

16               **NORTHERN DISTRICT OF CALIFORNIA**

17                   **SAN FRANCISCO DIVISION**

18

19 DAVID REY,                          CASE NO.  CV 10-01970 SI

20              Plaintiff,             **STIPULATION AND [~~PROPOSED~~]**
                                       **ORDER TO CONTINUE PRE-TRIAL**
21       v.                            **CONFERENCE**

22 C&H SUGAR COMPANY, INC., a Delaware
   Corporation, AMERICAN SUGAR
23 REFINING, INC., a Delaware Corporation,
   and DOES 1-100, inclusive,
24
               Defendant.
25

26

27       The parties hereby stipulate and agree as follows:

28       WHEREAS; at the hearing on Defendants' motion for summary judgment on October 5,

1   2012, the Court continued the trial date in this matter to January 22, 2013, the same date as the

2   trial date currently set in the matter of *Leatherbury v. C&H Sugar, et al.,* C-10-01969 SI, and

3   informed the parties that they should choose which of the two cases would go to trial on January

4   22, 2013;

5           WHEREAS; the parties have jointly agreed that the *Rey* matter should proceed to trial

6   on January 22, 2012;

7           WHEREAS; the parties are awaiting a ruling on Defendants' summary judgment motion

8   in this matter, and wish as much as possible to avoid unnecessary trial preparation in the event

9   Defendants' motion for summary judgment is granted;

10          WHEREAS; the parties do not at this time wish to continue the trial date of January 22,

11  2013;

12          THE PARTIES HEREBY AGREE AND REQUEST a continuance of the Pretrial

13  Conference and related dates as follows:

14          • Joint Pretrial Conference Statement due: December 18, 2012;

15          • Pretrial Conference date: January 1, 2013;

16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

- 2 -

6653779v1                                          Stipulation and Proposed Order Re: Pretrial Conference
                                                   Case No.  CV 10-01970 SI

DATED:  November 26, 2012                    GEONETTA & FRUCHT, LLP

                                             By:  /s/ Kenneth N. Frucht
                                                  Kenneth N. Frucht, Esq.
                                                  Frederick J. Geonetta, Esq.
                                             Attorneys for Plaintiffs
                                             DAVID REY


DATED:  November 26, 2012                    EPSTEIN BECKER & GREEN, P.C.

                                             By:  /s/ Matthew A. Goodin
                                                  Steven R. Blackburn
                                                  Matthew A. Goodin

                                             Attorneys for Defendants,
                                             C&H SUGAR COMPANY, INC. and
                                             AMERICAN SUGAR REFINING, INC.

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the pre-trial dates are continued as follows:

- Joint Pretrial Conference Statement due: December 18, 2012;
- Pretrial Conference date: January 7, 2013; 13 at 3:30 p.,m.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date:  ___11/27/12___                        _____
                                             JUDGE OF THE DISTRICT COURT

- 3 -