| | |
|---|---|
| 1 | Kenneth N. Frucht, Esq.<br>Frederick J. Geonetta, Esq. |
| 2 | GEONETTA & FRUCHT, LLP<br>100 Montgomery Street, Suite 1600 |
| 3 | San Francisco, CA 94104<br>Attorneys for Plaintiff |
| 4 | Telephone: (415) 433.4589<br>Facsimile: (415) 392.7973 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>DAVID REY |
| 7 | Steven R. Blackburn, State Bar No. 154797<br>Matthew A. Goodin, State Bar No. 169674 |
| 8 | Lauren M. Cooper, State Bar No. 254580<br>EPSTEIN BECKER & GREEN, P.C. |
| 9 | One California Street, 26th Floor<br>San Francisco, California 94111-5427 |
| 10 | Telephone: 415.398.3500<br>Facsimile: 415.398.0955 |
| 11 | sblackburn@ebglaw.com<br>mgoodin@ebglaw.com |
| 12 | bbrown@ebglaw.com |
| 13 | Attorneys for Defendants, |
| 14 | C&H SUGAR COMPANY, INC. and<br>AMERICAN SUGAR REFINING, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| DAVID REY, | | CASE NO.  CV 10-01970 SI |
| | Plaintiff, | **STIPULATION AND [PROPOSED]** ~~~~ |
| | v. | **ORDER TO CONTINUE PRE-TRIAL CONFERENCE** |
| C&H SUGAR COMPANY, INC., a Delaware Corporation, AMERICAN SUGAR REFINING, INC., a Delaware Corporation, and DOES 1-100, inclusive, | | |
| | Defendant. | |

The parties hereby stipulate and agree as follows:

WHEREAS; at the hearing on Defendants' motion for summary judgment on October 5,

1   2012, the Court continued the trial date in this matter to January 22, 2013, the same date as the

2   trial date currently set in the matter of *Leatherbury v. C&H Sugar, et al.,* C-10-01969 SI, and

3   informed the parties that they should choose which of the two cases would go to trial on January

4   22, 2013;

5         WHEREAS; the parties have jointly agreed that the *Rey* matter should proceed to trial

6   on January 22, 2012;

7         WHEREAS; the parties are awaiting a ruling on Defendants' summary judgment motion

8   in this matter, and wish as much as possible to avoid unnecessary trial preparation in the event

9   Defendants' motion for summary judgment is granted;

10        WHEREAS; the parties do not at this time wish to continue the trial date of January 22,

11  2013;

12        THE PARTIES HEREBY AGREE AND REQUEST a continuance of the Pretrial

13  Conference and related dates as follows:

14        &bull;  Joint Pretrial Conference Statement due: December 18, 2012;

15        &bull;  Pretrial Conference date: January 1, 2013;

16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

                    Stipulation and Proposed Order Re: Pretrial Conference
                                                          Case No.  CV 10-01970 SI

DATED:  November 26, 2012                GEONETTA & FRUCHT, LLP

                                         By:  /s/ Kenneth N. Frucht
                                              Kenneth N. Frucht, Esq.
                                              Frederick J. Geonetta, Esq.
                                         Attorneys for Plaintiffs
                                         DAVID REY


DATED:  November 26, 2012                EPSTEIN BECKER & GREEN, P.C.

                                         By:  /s/ Matthew A. Goodin
                                              Steven R. Blackburn
                                              Matthew A. Goodin

                                         Attorneys for Defendants,
                                         C&H SUGAR COMPANY, INC. and
                                         AMERICAN SUGAR REFINING, INC.


### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the pre-trial dates are continued as follows:

- Joint Pretrial Conference Statement due: December 18, 2012;
- Pretrial Conference date: January 7, 2013; 13 at 3:30 p.,m.


**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date:  ___11/27/12___                    _____
                                         JUDGE OF THE DISTRICT COURT

---

- 3 -