1  Thomas P. Riley, SBN 194706
2  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
   First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
   Tel: 626-799-9797
4  Fax: 626-799-9795
   TPRLAW@att.net
5  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
6

7  Nicholas Roscha, SBN 181501
   Christopher N. Odne, SBN 241175
8  **ROSCHA & ODNE LLP**
   2300 Clayton Road, Suite 500
9  Concord, CA 94520
    Tel: (925) 602-1400
10 Fax: (925) 825-0143
11 nroscha@ROLawGroup.com
   codne@ROLawGroup.com
12 **Attorneys for Defendants**
   **Duy Trong Nguyen, Au Thi Le,**
13 **and Lighthouse Cafe, Inc.**

14
                  **UNITED STATES DISTRICT COURT**
15                **NORTHERN DISTRICT OF CALIFORNIA**
                   **SAN FRANCISCO DIVISION**
16

17 **J & J SPORTS PRODUCTIONS, INC.,**        | CASE NO.  3:11-CV-01157-SI

18              **Plaintiff,**

19                  **v.**                      **STIPULATION FOR AN ORDER**
                                                **CONTINUING CASE MANAGEMENT**
20                                              **CONFERENCE; AND ORDER** (~~Proposed~~)
   **DUY TRONG NGUYEN, et al.,**
21                                              **FOR:  HON. SUSAN ILLSTON**

22              **Defendants.**

23
_____

24    **TO THE HONORABLE SUSAN ILLSTON:**

25        By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy

26 Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe &

27 Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a

28 Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

1    Court continue the Case Management Conference presently set for November 30, 2012 at 2:30 PM.

2        The request for the brief continuance is necessitated by the fact that counsel for the Parties have

3    been engaged in settlement discussions and request additional time to conclude same. In, addition the

4    Parties have filed a Stipulation to Further Extend Time to Respond to Complaint and as a result, any

5    scheduling of this case would be premature at this particular time.

6        **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED

7    BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for

8    November 30, 2012 at 2:30 PM to a new date approximately Thirty (30) to Forty-Five (45) days

9    forward.

10

                            Respectfully Submitted,

11

12

13

14   Dated: November 23, 2012              _/s/ Thomas P. Riley_
                                           **LAW OFFICES OF THOMAS P. RILEY**
15                                         By: Thomas P. Riley
                                           Attorneys for Plaintiff
16                                         J & J Sports Productions, Inc.

17

18

19   Dated: November 26, 2012

20                                         **ROSCHA & ODNE LLP**
                                           By: Nicholas Roscha
21                                         Attorneys for Defendants
                                           Duy Trong Nguyen, Au Thi Le, and
22                                         Lighthouse Cafe, Inc.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**ORDER** (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 3:11-cv-01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from 2:30 PM, November 30, 2012 to ___ January 11, 2013 _____.

No further extensions are anticipated.

IT IS SO ORDERED:


_____                    Dated:___11.27.12_____
**The Honorable Susan Illston**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///