1  Thomas P. Riley, SBN 194706
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
   Tel:  626-799-9797
4  Fax:  626-799-9795
   TPRLAW@att.net
5  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
6

7  Nicholas Roscha, SBN 181501
   Christopher N. Odne, SBN 241175
8  **ROSCHA & ODNE LLP**
   2300 Clayton Road, Suite 500
9  Concord, CA 94520
    Tel: (925) 602-1400
10 Fax: (925) 825-0143
11 nroscha@ROLawGroup.com
   codne@ROLawGroup.com
12 **Attorneys for Defendants**
   **Duy Trong Nguyen, Au Thi Le,**
13 **and Lighthouse Cafe, Inc.**

14

15 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
16 **SAN FRANCISCO DIVISION**

17 **J & J SPORTS PRODUCTIONS, INC.,**          **CASE NO.  3:11-CV-01157-SI**

18          **Plaintiff,**

19                                              **STIPULATION FOR AN ORDER**
              **v.**                            **CONTINUING CASE MANAGEMENT**
20                                              **CONFERENCE; AND ORDER (Proposed)**

21 **DUY TRONG NGUYEN, et al.,**
                                                **FOR:  HON. SUSAN ILLSTON**
22          **Defendants.**

23

24    **TO THE HONORABLE SUSAN ILLSTON:**

25       By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Duy

26 Trong Nguyen and Au Thi Le, individually and d/b/a Lighthouse Cafe a/k/a Lighthouse Cafe &

27 Restaurant, and Lighthouse Cafe, Inc., an unknown business entity d/b/a Lighthouse Cafe a/k/a

28 Lighthouse Cafe & Restaurant hereby agree, stipulate, and respectfully request that this Honorable

Court continue the Case Management Conference presently set for November 30, 2012 at 2:30 PM.

The request for the brief continuance is necessitated by the fact that counsel for the Parties have been engaged in settlement discussions and request additional time to conclude same. In, addition the Parties have filed a Stipulation to Further Extend Time to Respond to Complaint and as a result, any scheduling of this case would be premature at this particular time.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for November 30, 2012 at 2:30 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully Submitted,


Dated: November 23, 2012                    /s/ Thomas P. Riley
                                            **LAW OFFICES OF THOMAS P. RILEY**
                                            By: Thomas P. Riley
                                            Attorneys for Plaintiff
                                            J & J Sports Productions, Inc.


Dated: November 26, 2012

                                            **ROSCHA & ODNE LLP**
                                            By: Nicholas Roscha
                                            Attorneys for Defendants
                                            Duy Trong Nguyen, Au Thi Le, and
                                            Lighthouse Cafe, Inc.

///
///
///
///
///
///

## ORDER (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 3:11-cv-01157-SI styled *J & J Sports Productions, Inc. v. Duy Trong Nguyen, et al.*, is hereby continued from 2:30 PM, November 30, 2012 to ___ January 11, 2013 _____.

No further extensions are anticipated.

IT IS SO ORDERED:

Dated:_____ 11.27.12 _____

**The Honorable Susan Illston**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///