NICHOLAS ROSCHA, ESQ. (#181501)
CHRISTOPHER N. ODNE, ESQ. (#241175)
ROSCHA & ODNE LLP
One Concord Center
2300 Clayton Road, Suite 500
Concord, California 94520
Telephone: (925) 602-1400
nroscha@rolawgroup.com

Attorneys for Defendants
Dzuy Trong Nguyen, Au Thi Le, and
Lighthouse Café, Inc.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC., | CASE NO.: 3:11-CV-01157 SI |
| Plaintiff, | DEFENDANTS' REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY |
| v. | |
| DUY TRONG NGUYEN and AU THI LE, INDIVIDUALLY and d/b/a LIGHTHOUSE CAFÉ A/K/A LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., AN UNKNOWN BUSINESS ENTITY D/B/A LIGHTHOUSE CAFÉ & RESTAURANT, | Judge:       Hon Susan Illston<br>CMC Date: February 15, 2013<br>Time:         3:00 pm |
| Defendants. | |

TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

Counsel for defendants, Dzuy Trong Nguyen, Au Thi Le, and Lighthouse Café, Inc., respectfully requests, pursuant to Local Rule 16-10, that he be permitted to appear telephonically at the Case Management Conference scheduled for February 15, 2013 at 3:00 pm.

Lead counsel for Defendants has his office in Concord, California, and has other client meetings that afternoon before the case management conference that would be impossible to attend if in-person appearance is required at the case management conference.

Additionally, travel to and from the court would take several hours and defendants would incur additional legal fees that could be avoided by a telephonic appearance, which would be more economical.

Defendants' legal counsel may be reached at his direct line at (925) 602-1416.

DATED: February 1, 2013 **ROSCHA & ODNE LLP**

By: /s/ *Nicholas Roscha*
NICHOLAS ROSCHA
Attorneys for Defendants Duy Trong Nguyen, Au Thi Le, and Lighthouse Café, Inc.

**Certificate of Service**

I hereby certify that on February 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to all counsel of record.

DATED: February 1, 2013 By: /s/ *Nicholas Roscha*
                              NICHOLAS ROSCHA

| | |
|---|---|
| 1 | NICHOLAS ROSCHA, ESQ. (#181501)<br>ROSCHA & ODNE LLP |
| 2 | One Concord Center<br>2300 Clayton Road, Suite 500 |
| 3 | Concord, California  94520<br>Telephone: (925) 602-1400 |
| 4 | nroscha@rolawgroup.com |
| 5 | Attorneys for Defendants<br>Dzuy Trong Nguyen, Au Thi Le, and |
| 6 | Lighthouse Café, Inc. |

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTION, INC., | ) | CASE NO.: 3:11-CV-01157 SI |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AUTHORIZING DEFENDANTS TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY |
| v. | ) | |
| DUY TRONG NGUYEN and AU THI LE, INDIVIDUALLY and d/b/a LIGHTHOUSE CAFÉ A/K/A LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., AN UNKNOWN BUSINESS ENTITY D/B/A LIGHTHOUSE CAFÉ & RESTAURANT, | ) | |
| Defendants. | ) | |

Counsel for defendants, Dzuy Trong Nguyen, Au Thi Le, and Lighthouse Café, Inc., is hereby authorized to appear telephonically at the Case Management Conference scheduled for February 15, 2013 at 3:00 pm.

IT IS SO ORDERED.

_____      Dated: __2/5/13_____
**The Honorable SUSAN ILLSTON**
United States District Court,
Northern District of California

**4**

**Request to Appear Telephonically**