NICHOLAS ROSCHA, ESQ. (#181501)
CHRISTOPHER N. ODNE, ESQ. (#241175)
ROSCHA & ODNE LLP
One Concord Center
2300 Clayton Road, Suite 500
Concord, California  94520
Telephone: (925) 602-1400
nroscha@rolawgroup.com

Attorneys for Defendants
Dzuy Trong Nguyen, Au Thi Le, and
Lighthouse Café, Inc.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC., | CASE NO.: 3:11-CV-01157 SI |
| Plaintiff, | DEFENDANTS' REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY |
| v. | |
| DUY TRONG NGUYEN and AU THI LE, INDIVIDUALLY and d/b/a LIGHTHOUSE CAFÉ A/K/A LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., AN UNKNOWN BUSINESS ENTITY D/B/A LIGHTHOUSE CAFÉ & RESTAURANT, | Judge:        Hon Susan Illston
CMC Date:  February 15, 2013
Time:          3:00 pm |
| Defendants. | |

TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

      Counsel for defendants, Dzuy Trong Nguyen, Au Thi Le, and Lighthouse Café, Inc., respectfully requests, pursuant to Local Rule 16-10, that he be permitted to appear telephonically at the Case Management Conference scheduled for February 15, 2013 at 3:00 pm.

      Lead counsel for Defendants has his office in Concord, California, and has other client meetings that afternoon before the case management conference that would be impossible to attend if in-person appearance is required at the case management conference.

1

**Request to Appear Telephonically**

Additionally, travel to and from the court would take several hours and defendants would incur additional legal fees that could be avoided by a telephonic appearance, which would be more economical.

Defendants' legal counsel may be reached at his direct line at (925) 602-1416.

DATED:      February 1, 2013            **ROSCHA & ODNE LLP**

By:   /s/ *Nicholas Roscha*
NICHOLAS ROSCHA
Attorneys for Defendants Duy Trong Nguyen, Au Thi Le, and Lighthouse Café, Inc.

**Certificate of Service**

I hereby certify that on February 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to all counsel of record.

DATED: February 1, 2013         By: /s/ *Nicholas Roscha*
                                        NICHOLAS ROSCHA

NICHOLAS ROSCHA, ESQ. (#181501)
ROSCHA & ODNE LLP
One Concord Center
2300 Clayton Road, Suite 500
Concord, California 94520
Telephone: (925) 602-1400
nroscha@rolawgroup.com

Attorneys for Defendants
Dzuy Trong Nguyen, Au Thi Le, and
Lighthouse Café, Inc.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC., | CASE NO.: 3:11-CV-01157 SI |
| Plaintiff, | [~~PROPOSED~~] ORDER AUTHORIZING DEFENDANTS TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY |
| v. | |
| DUY TRONG NGUYEN and AU THI LE, INDIVIDUALLY and d/b/a LIGHTHOUSE CAFÉ A/K/A LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., AN UNKNOWN BUSINESS ENTITY D/B/A LIGHTHOUSE CAFÉ & RESTAURANT, | |
| Defendants. | |

Counsel for defendants, Dzuy Trong Nguyen, Au Thi Le, and Lighthouse Café, Inc., is hereby authorized to appear telephonically at the Case Management Conference scheduled for February 15, 2013 at 3:00 pm.

IT IS SO ORDERED.

_____          Dated: __2/5/13_____
**The Honorable SUSAN ILLSTON**
United States District Court,
Northern District of California

**4**

**Request to Appear Telephonically**